Winston H. Kemper
B64476
P.O. Box 8500
Coalinga, CA 93210

CV07-04666 JSW

Clerk

    I was recently given 30 days to send my petition to your court. Due to the present total lock down status of this prison. I'm requesting 30 more days.

                              Thank you

                              *Winston Kemper*

Winston Kemper B-04416
P.O. Box 8500
Coalinga, Ca. 93210
Bldg-5
129

BAKERSFIELD CA 933
THIRM, SPEAR AV
John Adams, 1755

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

2/4/08