Vinston
P.O. Box 8500
Coalinga, Co. 93210

Case 3:06-cv-04666-JSW   Document 6    Filed 03/06/2008    Page 1 of 1

Case # 857 4666 JSW (PR)

RECEIVED
03 MAR -6 PM 3:14
RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk,

        Please advise The court The
only reason Im submiting These
claims. Is I believe I did not
attach The legal cites on my habeas
Petition sent last week.

                                        Thank you

    "I do not remember the claim
numbers".