Winston Kemper  B-64476
PVSP B5-129
P.O. Box 8502
Coalinga, CA 93210

Case # C07 4666 JSW (PR)

Winston Kemper
    v.
James Yates, Warden

NUMBER ONE

TABLE OF CONTENTS AND AUTHORITIES

On direct appeal my attorney raised three issues (see enclosed briefs), my attorney clearly stated these issues are reserved for federal review.

Emphasis on the fact that the Bailiff was in the stand with Plaintiff when he was testifying and was constantly manhandling the plaintiff during his testimony. The only way to prevent or prove this due process of law violation, is <u>one</u> not to have a bailiff in the stand when someone "is testifying" or <u>two</u> "have a video of the trial during this testimony."

This appeal and briefs are respectfully submitted to this Court for review. A full evidentiary hearing is requested.

Date: 3-4-08                    Respectfully submitted,

                                *Winston Kemper*
                                WINSTON KEMPER

Claim #   Concerning The admissibility of Burglarys as Intent and common design evidence, see U.S. v. Le May (9TH Cir 2001) 260 F.3rd 1018, 1030; Whelchel v. Washington 232 F.3d 1197, 1211.

Claim #   Regarding Deputy In stand while appellant Testifying (man handling me), see Holbrook v. Flyn (1986) 475 U.S. 560.

Claim #   concerning Preponderance of evidence instruction for other-crimes evidence, see People v. James (2000) 81 Cal App, 4TH 1343 (P. 1358). Juan v. Allen 408 F.3d 1262.

Claim #   Regarding Restitution Bott line line is: If Calif. State Prison had not illegally kept my money (4,000) dollars. Money issue would not of been raised. I would be like I'am destitute. And with out 5,000 dollar debt. Documents forthcoming if necessary. Full evidentiary hearing requested.

Winston Kemper

(a)

Case 3:06-cv-07803-JSW    Document 8    Filed 03/06/2008    Page 4 of 4
Case 3:07-cv-04666-JSW    Document 6-2    Filed 03/06/2008    Page 3 of 3

1 | Winston Kemper
2 | vs.                                           Case No. C07 4666 JSW(PR
3 | James Yates, Warden
4 | _____

PROOF OF SERVICE BY U.S. MAIL

I declare that:

I am incarcerated at Pleasant Valley State Prison, in Coalinga California. I am over the age of eighteen years and the Petitioner in the above-entitled cause; My address is P.O. Box 8502, Coalinga, California 93210. I am familiar with the mail collection and process of the California Department of Corrections in which the mail is deposited with the United States Postal Service on the same day that it is deposited for collection and mailing, in the ordinary course of business. On 3-4-08, I served the following document:

~~TABLE OF CONTENTS~~

TABLE OF CONTENTS AND AUTHORITIES

[X] **United States Postal Service Delivery** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

[ ] **By Personal Delivery** on the parties in this action by causing a true copy and/or original thereof to be delivered by hand to the offices of the addressee(s).

[ ] **Via Certified Mail, Return Receipt Requested** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

addressed as follows: CLERK,

U.S. DISTRICT COURT
450 Golden Gate ave, RM 16-1120
San Francisco, Ca. 94102-3489

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 3-4-08, at Coalinga, California.

By: Winston Kemper

Petitioner / Appellant