United States District Court
Northern District of California

FILED
MAY - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Winston Kemper
    vs.
James Yates
Warden

Case cite supplement to case # C 07 4666 JSW(PR)

NEW Evidence

Deck v. Missouri 125 S. CTR. at P. 2013 appear to be in support of my contention that deputy in the stand manhandling me doing my testimony violated my due process rights.

Please send me a copy of the arguments I sent this court 2-23-08 and 3-4-08.

Thank you

Winston Kemper
5-5-08

STATE OF CALIFORNIA )
COUNTY OF FRESNO )
_____ )

**(C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746)**

I, Winston Kemper declare under the penalty of perjury that: I am the _____ in the above entitle action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe them to be true.

EXECUTED THIS 5 DAY OF MAY, 2008 AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210

(SIGNATURE) Winston Kemper
(DECLARANT/PRISONER)

---

**PROOF OF SERVICE BY MAIL**
**(C.C.P. SEC 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)**

I, Winston Kemper, am a resident of PLEASANT VALLEY STATE PRISON, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA. I am over the age of eighteen (18) years of age and I am a party of the above-entitled action. My address is: P.O. BOX 8500, COALINGA, CALIFORNIA 93210.

ON May 5, 2008, I SERVED THE FOREGOING:

New Evidence Motion

**(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)**
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, IN A SEALED ENVELOPE, WITH FIRST CLASS POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN THE DEPOSIT BOX SO PROVIDED AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210.

I SERVED THE FOLLOWING PERSON (S) ADDRESSED BELOW:

U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, Ca. 93210

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: May 5, 2008, Winston Kemper
(DECLARANT/PRISONER)



Weston Kemper B-64476
P.O. Box 8500
Coalinga, CA - 9

THIS MAIL WAS GENERATED FROM PLEASANT VALLEY STATE PRISON

U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA

BAKERSFIELD CA 933
MOJAVE CA
05 MAY 2008