IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER,<br><br>      Petitioner,<br><br>vs.<br><br>JAMES YATES, Warden,<br><br>      Respondent. | No. C 07-4666 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME AND FOR DISCOVERY**<br><br>(Docket Nos. 32, 33) |

     Good cause appearing, Respondent's motion for an extension of time to file an answer (docket number 32) to and including October 27, 2011, is GRANTED. Petitioner's motion for "discovery" (docket number 33) in which he requests a copy of his petition is also GRANTED. A copy of the petition has been mailed to Petitioner.

     This order terminates docket numbers 32, 33.

     IT IS SO ORDERED.

DATED: October 18, 2011

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES YATES et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-04666 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Winston H. Kemper
B64476
P.O. Box 8500
Coalinga, CA 93210

Dated: October 18, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk