IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES YATES, Warden,<br><br>    Respondent. | No. C 07-4666 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket Nos. 41, 42) |

    Good cause appearing, Petitioner's motions for a 60-day extension of time to file an appeal (docket numbers 41, 42), to and including July 13, 2012, is GRANTED.

    IT IS SO ORDERED.

DATED: July 27, 2012

                                          JEFFREY S. WHITE<br>                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER,<br><br>        Plaintiff,<br><br> v.<br><br>JAMES YATES et al,<br><br>        Defendant.                        / | Case Number: CV07-04666 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Winston H. Kemper
B64476
P.O. Box 8500
Coalinga, CA 93210

Dated: July 27, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk