1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    WINSTON KEMPER,                    )    No. C 07-4666 JSW (PR)
                                        )
10                  Petitioner,         )    **ORDER GRANTING EXTENSION OF**
                                        )    **TIME**
11        vs.                           )
                                        )
12   JAMES YATES, Warden,               )
                                        )    (Docket Nos. 41, 42)
13                  Respondent.         )
                                        )
14   _____ )

15

16        Good cause appearing, Petitioner's motions for a 60-day extension of time to file

17   an appeal (docket numbers 41, 42), to and including July 13, 2012, is GRANTED.

18        IT IS SO ORDERED.

19   DATED: July 27, 2012

20                                           JEFFREY S. WHITE
                                             United States District Judge
21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WINSTON KEMPER,

              Plaintiff,

    v.

JAMES YATES et al,

              Defendant.

_____/

Case Number: CV07-04666 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Winston H. Kemper
B64476
P.O. Box 8500
Coalinga, CA 93210

Dated: July 27, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk